**IN RE Terrence M. GORE, Relator**

**No. 05–15–00076–CV**

Court of Appeals of Texas,
Dallas.

Opinion Filed January 23, 2015

Reconsideration En Banc Denied
March 3, 2015

Terrence M. Gore, Dallas, TX, for appellants

John B. Polk, Dallas, TX, for appellees.

Before Justices Lang, Fillmore, and Brown

**MEMORANDUM OPINION**

Opinion by Justice Brown

This petition for writ of mandamus arises from a contempt proceeding based on relator's failure to pay child support. Relator requests that the Court vacate a number of trial court orders including the order of contempt. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex.2004) (orig.proceeding). Based on the record before us, we conclude the relator has failed to establish a right to relief. We deny the petition for writ of mandamus. Tex. R. App. P. 52.8.